GARY W. JONES, an Infant, by His Parent and Natural Guardian, ROBERT JONES, et al., Appellants, v. EARL KENT, an Infant, by His Parent and Natural Guardian, EARL F. KENT, JR., Respondent.— COOKE, J.

Herlihy, P. J., Aulisi, Staley, Jr., Cooke, and Sweeney, JJ., concur in memorandum by Cooke, J.